UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Miriam Alicea Hassan and | ) | Case No. 13-13956-RGM |
| Mohamed Elsayed Hassan | ) | |
| | ) | Chapter 7 |
| Debtors | ) | |

## NOTION OF MOTION TO AVOID JUDICIAL LIEN
## OF SCOTT ALAN WEIBLE, P.L.L.C

Miriam Alicea Hassan and Mohamed Elsayed Hassan, debtors herein, have filed a motion to avoid the judicial lien of Scott Alan Weible, P.L.L.C.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, or you may wish to consult with an attorney.**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion (which is scheduled for January 28, 2014), you or your attorney **must** file with the Clerk of the Court at the following address a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H):

Clerk of Court
United States Bankruptcy Court
200 S. Washington Street
Alexandria VA  22314

**Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**

If you mail your response to the court for filing, you **must** mail it early enough so the court will receive it on or before the date stated above. You must also mail a copy to the persons listed below.

Attend the hearing scheduled to be held on January 28, 2014 at 9:30 a.m. in Courtroom II, United States Bankruptcy Court, 200 South Washington Street, Alexandria Virginia 22314.

**If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

A copy of any written response must be mailed to the following persons:

Clerk of Court
United States Bankruptcy Court
200 S. Washington Street
Alexandria VA  22314

Nora Raum, Attorney
2007 15th Street North, Suite 201
Arlington, Virginia 22207

Date: 11/6/2013

Respectfully submitted,
Miriam Alicea Hassan
Mohamed Elsayed Hassan
By Counsel

/s/ Nora Raum
Nora Raum, Counsel for the Debtor
VSB# 24780
2007 N. 15th Street, Suite 201
Arlington VA  22201
(703) 243-2044

Certificate of Service

I hereby certify that I have, this 6th day of November, 2013, mailed first class, postage prepaid true copies of the foregoing motion to Scott Alan Weible, P.L.L.C. at 14540 John Marshall Highway, Suite 201, Gainesville, Virginia 20155 and to H. Jason Gold, Trustee at 7925 Jones Branch Drive, Suite 6200, Mclean, Virginia 22102.

/s/ Nora Raum
Nora Raum