UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| Miriam Alicea Hassan and ) | Case No. 13-13956-RGM |
| Mohamed Elsayed Hassan ) | |
| ) | Chapter 7 |
| Debtors ) | |

## WITHDRAWAL OF MOTION TO AVOID JUDICIAL LIEN OF SCOTT ALAN WEIBLE, P.L.L.C

COME NOW the debtors, Miriam Alicea Hassan and Mohamed Elsayed Hassan, by counsel, and hereby withdraw their motion to avoid the judicial lien of Scott Alan Weible, P.L.L.C. on their personal residence and ask that the hearing on this matter now scheduled for January 28, 2014 be removed from the court calendar.

Date: 12/18/2013

Respectfully submitted,
Miriam Alicea Hassan
Mohamed Elsayed Hassan
By Counsel

/s/ Nora Raum
Nora Raum, Counsel for the Debtor
VSB# 24780
2007 N. 15th Street, Suite 201
Arlington VA  22201
(703) 243-2044

Certificate of Service

I hereby certify that I have, this 18th day of December, 2013, mailed first class, postage prepaid true copies of the foregoing withdrawal of motion to avoid judicial lien to Scott Alan Weible, P.L.L.C. at 14540 John Marshall Highway, Suite 201, Gainesville, Virginia 20155 and to H. Jason Gold, Trustee at 7925 Jones Branch Drive, Suite 6200, Mclean, Virginia 22102.

/s/ Nora Raum
Nora Raum